1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GONZALEZ, | CV F 05 0664 AWI LJO HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION [Doc. #5] |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| WARDEN OF T.C.I., | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 29, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to allege grounds that would entitle Petitioner to habeas relief. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to send Petitioner the standard form for claims pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.

1    Over thirty (30) days have passed and no party has filed objections.

2           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

3    *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

4    and Recommendation is supported by the record and proper analysis.

5           Accordingly, IT IS HEREBY ORDERED that:

6           1. The Findings and Recommendation issued June 29, 2005, is ADOPTED IN FULL;

7           2. The petition for writ of habeas corpus is DISMISSED;

8           3. The Clerk of Court Clerk is DIRECTED to send Petitioner the standard form for claims

9    pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,</u> 403 U.S. 388

10   (1971); and

11          4. The Clerk of the Court is DIRECTED to enter judgment.

12   IT IS SO ORDERED.

13   **Dated:    August 22, 2005**                         _____/s/ Anthony W. Ishii_____
     0m8i78                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28